OPINION — AG — QUESTION: "DOES SECTION 1002 OF SENATE BILL NO. 1 CONFLICT WITH EXISTING STATUTORY PROVISIONS RELATING TO RELIGIOUS, CHARITABLE, EDUCATIONAL, AND BENEVOLENT CORPORATIONS, AS REGARDS THE POWER OF SAID CORPORATIONS TO ACT AS TRUSTEES?" ANSWER: AFFIRMATIVE CITE: 18 O.S. 1961 543 [18-543], 18 O.S. 1961 544 [18-544], 18 O.S. 1961 564/1 [18-564.1] (BURCK BAILEY)